UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
JEAN MORENO,                                                   Case No. 11-28412-LMI
    Debtor
_____/                                Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 29TH day of July 2011 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

JP Morgan Chase Bank
c/o James L. Dimon, CEO
9200 Oakdale Avenue
Chatsworth, CA 91311

JP Morgan Chase Bank
c/o James L. Dimon, CEO
270 Park Avenue
New York, NY 10017

JP Morgan Chase Bank
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Chase Home Finance, LLC
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Chase Home Finance, LLC
c/o David B. Lowman
194 Wood Avenue South, 4th Floor
Iselin, NJ 08830