**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-28412-LMI**

☐ _____3rd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jean Moreno                              CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-6979              Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ 510.21  for months  1  to  60 ;
  B.  $_____ for months ____ to ____;
  C.  $_____ for months ____ to ____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $2,400.00
                  Balance Due      $ 1,850.00   payable $ 154.17  month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                    Arrearage on Petition Date $ _____
Address _____           Arrears Payment  $_____/month (Months ___ to ___)
_____           Arrears Payment  $_____/month (Months ___ to ___)
_____           Regular Payment  $_____/month (Months ___ to ___)

2. _____          Arrears Payment  $_____
_____           Arrears Payment  $_____/month (Months ___ to ___)
_____           Regular Payment  $_____/month (Months ___ to ___)
                                          Arrears Payment  $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Finance<br>Loan No. xxxxx6925<br>Prop Add: 668 SE 7th Place<br>Hialeah, FL 33010 | Homestead Property<br>$135,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____    Total Due $_____
                                  Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 305.02  month (Months  1  to  12  ). Pay $459.19/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Chase Home Finance (Loan#xxxx5852), Sun Credit (Loan #xxxxxx0021) and Toyota Financial Service (Loan#xxxx1309) directly outside the plan. The debtors surrender all interest in the property financed with Aurora Loan (Loan No. xxxxx5392).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for Debtor
Date: 09/02/11